Case 4:14-cr-00172-IPJ-JEO   Document 1   Filed 05/29/14   Page 1 of 3

```
                                              FILED
                                       2014 Jun-02 PM 03:28
                                       U.S. DISTRICT COURT
                                         N.D. OF ALABAMA
```

JWV/LDH: June 2014
GJ#20

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 4:14-CR-172-IPJ-JEO-02 |
|  | ) (M-14-1388-M) |
| JAMES LEE ABNER, and | ) |
| -02 JULIUS ELOY BORJAS | ) |

## INDICTMENT

**COUNT ONE:** [21 U.S.C. §§ 846, 841(a)(1)]

The Grand Jury charges that:

On or about the 26th day of April, 2013, in Etowah and Marshall counties, within the Northern District of Alabama, the defendants,

**JAMES LEE ABNER and
JULIUS ELOY BORJAS,**

did knowingly, intentionally and unlawfully conspire and agree with each other and with others unknown to the Grand Jury to distribute and possess with intent to distribute methamphetamine, a controlled substance, in violation of Title 21, United

Case 4:14-cr-00172-IPJ-JEO  Document 1  Filed 05/29/14  Page 2 of 3

States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

On or about the 26th day of April, 2013, in Etowah County, within the Northern District of Alabama, the defendant,

### JAMES LEE ABNER,

did knowingly, intentionally, and unlawfully possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT THREE: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

On or about the 26th day of April, 2013, in Marshall County, within the Northern District of Alabama, the defendant,

### JULIUS ELOY BORJAS,

did knowingly, intentionally, and unlawfully possess with intent to distribute a

mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A  TRUE BILL

/s/Electronic Signature

FOREPERSON OF THE GRAND JURY

                                        JOYCE WHITE VANCE
                                        United States Attorney

                                        /s/Electronic Signature

                                        LAURA D. HODGE
                                        Assistant United States Attorney